# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LAWRENCE MAHOMES,**
**ADC #152147**                                                                                       **PLAINTIFF**

**V.**                          **CASE NO. 4:12CV00387 JMM**

**RUSTY QUINN,** *et al*.                                                                   **DEFENDANTS**

## ORDER

Mr. Mahomes has filed a petition for writ of mandamus, two motions for the appointment of counsel, and a motion to amend his complaint. (Docket entries #5, #7, #11, and #12) The petition for writ of mandamus (#5) is DENIED. The motions for the appointment of counsel (#7 and #11) are DENIED, without prejudice, and the motion to amend his complaint (#12) is GRANTED, in part.

In his petition for a writ of mandamus, Mr. Mahomes apparently seeks certified copies of documents that were part of state criminal case. He has not provided a sufficient basis for the Court to grant this motion.

There is no constitutional or statutory right to appointed counsel in civil cases, and the claims in this case appear to be straightforward enough for Mr. Mahomes to handle without the help of a lawyer. *Phillips v. Jasper County Jail*, 437 F.3d 791, 794 (8th Cir. 2006). However, if the Court later determines that Mr. Mahomes, as well as the Court, would benefit from the assistance of counsel, the request will be reconsidered. *Johnson v. Williams*, 788 F.2d 1319, 1322 (8th Cir. 1986).

Finally, in his motion to amend, Mr. Mahomes requests that the Arkansas State Police and Federal Bureau of Investigation conduct an investigation into the events giving rise to this lawsuit. That request is denied. However, Mr. Mahomes may have an additional thirty days to file a Second Amended Complaint that includes sufficient facts to support his constitutional claims. His failure to do so could result in the dismissal of this lawsuit. See Local Rule 5.5.

IT IS SO ORDERED this 15th day of August, 2012.

*James M Moody*
UNITED STATES DISTRICT JUDGE