**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LAWRENCE MAHOMES,
ADC #152147**                                                                                **PLAINTIFF**

**V.**                     **CASE NO. 4:12CV00387 JMM**

**RUSTY QUINN,** *et al*.                                                                  **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted.  Dated this 11th day of October, 2012.

 

_____
UNITED STATES DISTRICT JUDGE