IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAWRENCE MAHOMES,
ADC #152147                                                                                         PLAINTIFF

V.                            CASE NO. 4:12CV00387 JMM

RUSTY QUINN, *et al*.                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Dated this 11th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE